**STATE of Missouri, Respondent,**

v.

**Ronald Wayne GREER, Jr., Appellant.**

**WD 76945**

Missouri Court of Appeals,
Western District.

April 14, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 2015

Application for Transfer Denied August 18, 2015

Amy Bartholow, Columbia, MO, Counsel for Appellant

Gregory Barnes, Jefferson City, MO, Counsel for Respondent

Before Division One: Cynthia L. Martin, P.J., Thomas H. Newton, and Mark D. Pfeiffer, JJ.

## ORDER

Per Curiam:

Mr. Ronald W. Greer, Jr., appeals the convictions of forcible rape, § 566.030, forcible sodomy, § 566.060, and armed criminal action, § 571.015. Mr. Greer challenges the admission of certain evidence as violations of his constitutional rights.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).